

**FILED**

AUG 1 4 2013

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| | |
|---|---|
| **TERESA HAWLEY, individually as the natural parent and guardian of MIKEKEL SILAS, a minor,** <br>        **Plaintiff,** <br> **vs.** <br><br> **WALLISA DONEY, INDIAN HEALTH SERVICE d/b/a EAGLE CHILD HEALTH CENTER JOHN DOES 1-5 and ABC COMPANIES 1-3,** <br>        **Defendants.** | **CV 13-27-BLG-DWM-JCL** <br><br> **ORDER** |

The federal defendants have filed an unopposed motion, along with a supporting brief, to change the venue of this action from the Billings Division of this Court to the Great Falls Division. Doc. 11. Upon good cause being shown by the federal defendants,

IT IS HEREBY ORDERED that the motion filed by the federal defendants is granted. Venue in this action is changed to the Great Falls Division. The Clerk of Court shall assign a Great Falls Division case number and the Court docket and case caption shall be updated to reflect this change.

1

**DATED** this 14th day of August, 2013.

Jeremiah C Lynch
United States Magistrate Judge